# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQULYN BALLWEBER-SMITH,<br><br>Plaintiff,<br><br>vs.<br><br>CROSSMARK INC.. and DOES 1 to 20,<br><br>Defendants. | Case No. 13-cv-00501-AWI-SAB<br><br>**ORDER GRANTING STIPULATION TO EXTEND DISPOSITIVE MOTION FILING DEADLINE**<br><br>(ECF No. 8) |

Pursuant to the Parties' Joint Stipulation to Extend Dispositive Motion Filing Deadline, and good cause appearing, it is hereby ORDERED that the dispositive motion filing deadline in this action is continued from February 18, 2014, to April 4, 2014.

IT IS SO ORDERED.

Dated: **February 18, 2014**

UNITED STATES MAGISTRATE JUDGE