# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO COURTHOUSE

| | |
|---|---|
| JACQULYN BALLWEBER-SMITH,<br><br>Plaintiff,<br><br>vs.<br><br>CROSSMARK INC. and DOES 1 to 20,<br><br>Defendants. | Case No. 13-CV-501 AWI SAB<br>Honorable Anthony W. Ishii<br>Honorable Stanley A. Boone, Magistrate Judge<br><br>**ORDER GRANTING SECOND STIPULATION TO EXTEND DISPOSITIVE MOTION FILING DEADLINE**<br><br>State Action Filed:  March 4, 2013<br>Trial Date:              September 23, 2014 |

After considering the Parties' Joint Stipulation to Extend Dispositive Motion Filing Deadline, and good cause appearing, it is hereby ORDERED that:

(1)   The dispositive motion filing deadline is continued from April 4, 2014 to April 25, 2014.

IT IS SO ORDERED.

Dated:  April 4, 2014                                    _____
                                                                         SENIOR  DISTRICT  JUDGE

1

[PROPOSED] ORDER GRANTING SECOND STIPULATION TO EXTEND DISPOSITIVE MOTION FILING DEADLINE