# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQULYN BALLWEBER-SMITH,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CROSSMARK INC.,<br><br>　　　　　　Defendant. | Case No. 1:13-cv-00501-AWI-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>DEADLINE: June 9, 2014 |

On April 24, 2014, the parties filed a notice of settlement informing the Court that the parties have reached settlement resolving this action. Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. The parties shall file dispositional documents on or before June 9, 2014.

IT IS SO ORDERED.

　　Dated:   **April 25, 2014**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1